Jonathan W. Fountain
Nevada Bar No. 10351
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: jfountain@lrrc.com

*Attorneys for Defendant Two M, Inc.
d/b/a Babe's Cabaret*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| BASKIM HOLDINGS, INC., a Louisiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>TWO M, INC. d/b/a BABE'S CABARET,<br><br>Defendants. | Case No. 2:16-CV-01898-APG-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TWO M, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiff Baskim Holding, Inc. ("Plaintiff") and Defendant Two M, Inc. d/b/a Babe's Cabaret ("Defendant") state the following:

1. The Complaint was filed on August 10, 2016. (ECF No. 1);

2. Defendant was served on August 17, 2016. (ECF No. 6);

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant had 21 days to file and serve its Answer to the Complaint, or until September 7, 2016;

4. Defendant retained counsel on September 8, 2016;

5. Therefore, to allow Defendant's counsel to conduct a preliminary investigation of the Complaint's allegations and prepare a response, the parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint from September 7, 2016 to September 23, 2016.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | SANTORO WHITMIRE<br><br>By: /s/ James E. Whitmire, III |

2010832560_1

| | |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Jonathan W. Fountain<br>Nevada State Bar No. 10351<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949.8200<br>E-mail: jfountain@lrrc.com<br><br>*Attorneys for Defendant Two M, Inc.*<br>*d/b/a Babe's Cabaret* | James E. Whitmire, III<br>Nevada State Bar No. 6533<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, NV 89135<br>Tel: 702.948.8771<br>E-mail: jwhitmire@santoronevada.com<br><br>INTELLECTUAL PROPERTY<br>CONSULTING, LLC<br><br>Gregory D. Latham<br>Stephen Kepper<br>334 Carondelet Street, Suite B<br>New Orleans, LA 70130<br>504.322.7166<br>E-mail: glatham@iplawconsulting.com<br>E-mail: skepper@iplawconsulting.com<br><br>*Attorneys for Plaintiff*<br>*Baskim Holdings, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 09/12/2016