# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BASKIM HOLDINGS, INC.,

    Plaintiff,

vs.

TWO M, INC.,

    Defendant.

Case No. 2:16-cv-01898-APG-GWF

**ORDER**

This matter is before the Court on Jonathan Fountain, Esq.'s Motion to Withdraw as Counsel (ECF No. 19), filed on November 18, 2016. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, Jonathan Fountain, Esq. of Lewis Roca Rothberger Christie LLP substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Jonathan Fountain, Esq's Motion to Withdraw as Counsel (ECF No. 19) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Two M, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Two M, Inc. shall have until **January 6, 2017** to advise the Court if it will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Defendant Two M, Inc. to the civil docket:

    **Two M, Inc.**
    **c/o Omar Aldabbagh**
    **2025 Redbird Drive**
    **Las Vegas, NV 89134**

2. Serve Defendant Two M, Inc. with a copy of this order at their last known address listed above.

DATED this 6th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge