# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BASKIM HOLDINGS, INC.,

    Plaintiff,

vs.

TWO M, INC.,

    Defendant.

Case No. 2:16-cv-01898-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Extend Deadline to Amend Pleadings (ECF No. 21), filed on December 16, 2016. To date, Defendant has not filed an opposition to this motion and the time for response has now expired.

Plaintiff requests a thirty (30) day extension to the deadline to amend pleadings. The Court finds good cause exists to extend the deadline to file amendments to pleadings from December 22, 2016 to January 23, 2017. In addition, Local Rule 7-2(d) provides that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Defendant did not file points and authorities in response to Plaintiff's instant motion  Therefore, Defendant is considered to have consented to the granting of Plaintiff's motion under LR 7-2(d). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Deadline to Amend Pleadings (ECF No. 21) is **granted**.

DATED this 10th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge