JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jwhitmire@santoronevada.com

GREGORY D. LATHAM, ESQ.
Louisiana Bar No. 25955
STEPHEN KEPPER, ESQ.
Louisiana Bar No. 34618
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone:    (504) 322-7166
Facsimile:     (504) 322-7184
Email: glatham@iplawconsulting.com
            skepper@iplawconsulting.com
Admitted Pro Hac Vice

*Attorneys for Plaintiff*

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BASKIM HOLDINGS, INC., a Louisiana corporation,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>TWO M, INC. d/b/a BABE'S CABARET and Omar Aldabbagh, individually<br><br>　　　　　　　Defendants | Case No.: 2:16-cv-01898-APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE, BY NINE DAYS, TO SERVE INITIAL EXPERT DISCLOSURES**<br><br>(*First Request*) |

Plaintiff, Baskim Holdings, Inc. ("Baskim") and Defendants Two M, Inc. d/b/a/ Babe's Cabaret and Omar Aldabbagh (collectively "Defendants"), by and through their respective undersigned counsel, pursuant to LR 26-4, LR IA 6-1 and Fed. R. Civ. P. 26, hereby stipulate and agree to extend the deadline to serve expert disclosures by nine (9) days from March 20,

2017 to March 31, 2017.  This short extension, which is sought in good faith, is requested and agreed upon to accommodate the schedules of both counsel and experts.  The parties further agree to extend the deadline for rebuttal disclosures, if any, by a commensurate amount of time from April 20, 2017 to May 1, 2017.

**IT IS SO AGREED AND STIPULATED:**

_s/ James E. Whitmire_____
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jwhitmire@santoronevada.com

*and*

GREGORY D. LATHAM, ESQ.
(LA Bar No. 25955)
STEPHEN KEPPER, ESQ.
(LA Bar No. 34618)
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Tel.: (504) 322-7166 / Fax: (504) 322-7184
Email: glatham@iplawconsulting.com
           skepper@iplawconsulting.com
Admitted Pro Hac Vice

*Attorneys for Plaintiff*

_s/ Patrick Sheehan_____
PATRICK J. SHEEHAN, ESQ
Nevada Bar No. 3812
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tel.: (702) 692-8000 / Fax: (702) 692-8099
Email: psheehan@fclaw.com
*Attorneys for Two M., Inc. d/b/a Babe's Cabaret and Omar Aldabbagh*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _3/21/2017

- 2 -