UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BASKIM HOLDINGS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TWO M, INC.,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01898-APG-GWF<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME**<br><br>(ECF No. 35) |

　　　　Plaintiff Baskim Holdings, Inc. moves to extend the time to respond to defendant Two M, Inc.'s motion for summary judgment. Two M did not oppose that motion. I therefore grant it under Local Rule 7-2(d). Moreover, Baskim has shown that it needs further discovery to respond to Two M's motion. Specifically, Baskim has shown it must take further discovery to obtain evidence about Two M's claimed use of the trademark in relation to Two M's asserted defenses. *See* ECF No. 35 and attached exhibits; Fed. R. Civ. P. 56(d).

　　　　IT IS TEHREFORE ORDERED that plaintiff Baskim Holdings, Inc.'s motion to extend time **(ECF No. 35) is GRANTED**. Plaintiff Baskim Holdings, Inc. shall have until April 27, 2017 to respond to defendant Two M, Inc.'s motion for summary judgment.

　　　　DATED this 31st day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE