MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
CHRISTOPHER A. ECCLES, ESQ.
Nevada Bar No. 9798
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com
ceccles@hawkinsmelendrez.com
*Attorneys for Southern Shores Pool Company, Inc.*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BASKIM HOLDINGS, INC. a Louisiana corporation,<br><br>Plaintiff,<br><br>TWO M, INC., d/b/a BABE'S CABARET and Omar Aldabbagh, individually<br><br>Defendants. | Case No. 2:16-cv-01898-APG-GWF<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY FOR TWO M, INC. d/b/a BABE'S CABARET and Omar Aldabbagh** |

Defendant TWO M, INC., d/b/a BABE'S CABARET and Omar Aldabbagh hereby substitute MARTIN I. MELENDREZ, ESQ. and CHRISTOPHER A. ECCLES, ESQ. of the law firm of HAWKINS MELENDREZ, P.C., as their attorneys of record in the place and stead of PATRICK J. SHEEHAN ESQ. of FENNEMORE CRAIG, P.C. in the above-referenced action.

DATED this 21 day of April, 2017.

By: _____
TWO M, INC.

///

///

///

1

## CONSENT TO SUBSTITUTION

The undersigned attorney hereby consents to the substitution of MARTIN I. MELENDREZ, ESQ. and CHRISTOPHER A. ECCLES, ESQ. of the law firm of HAWKINS MELENDREZ, P.C., in his place and stead as counsel for PATRICK J. SHEEHAN ESQ. of FENNEMORE CRAIG, P.C. in the above-entitled action.

DATED this 21 day of April 2017.

FENNEMORE CRAIG, P.C.

_/s/ Patrick J. Sheehan_
PATRICK J. SHEEHAN ESQ.
Nevada Bar No. 3812
300 South Fourth Street 14th Floor
Las Vegas, Nevada 89101

## ACCEPTANCE OF SUBSTITUTION

The undersigned attorney hereby accepts the substitution as attorney of record for PATRICK J. SHEEHAN ESQ. of FENNEMORE CRAIG, P.C. in the above-entitled action. The undersigned acknowledges responsibility for all pending dates and deadlines.

DATED this 21 day of April 2017.

HAWKINS MELENDREZ, P.C.

_/s/ Martin I. Melendrez_
MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
CHRISTOPHER A. ECCLES, ESQ.
Nevada Bar No. 9798
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134

## ORDER

IT IS SO ORDERED.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE
DATED: 4/24/2017

2