GREGORY D. LATHAM, ESQ.
(*admitted pro hac vice*)
Louisiana Bar No. 25955
STEPHEN KEPPER, ESQ.
(*admitted pro hac vice*)
Louisiana Bar No. 34618
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone:　(504) 322-7166
Facsimile:　(504) 322-7184
Email: glatham@iplawconsulting.com
　　　skepper@iplawconsulting.com

AND

JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jwhitmire@santoronevada.com

*Attorneys for Plaintiff*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BASKIM HOLDINGS, INC., a Louisiana corporation,<br><br>　　　　　　　　　Plaintiff<br>v.<br><br>TWO M, INC. d/b/a BABE'S CABARET<br><br>　　　　　　　　　Defendant | Case No.: 2:16-cv-01898-APG-GWF<br><br>**STIPULATION AND ORDER FOR LIMITED EXTENSION OF DISCOVERY DEADLINE TO COMPLETE DEPOSITIONS** |

Defendants, Two M, Inc. and Omar Aldabbagh, and plaintiff, Baskim Holdings, Inc., respectfully request that the Court extend the deadline for completion of depositions to June 12, 2017. In support of this request, the parties state:

1. The current discovery deadline is May 22, 2017. (ECF 16, 25)

2. Plaintiff has previously noticed the depositions of certain witnesses under defendants' control, namely, Hilary Rush, Sara Bebee, Sarah Ruttenberg, Kelly Jones, Larry Wexler and Omar Aldabbagh. Plaintiff has also served deposition subpoenas on three witnesses not under defendants' control, namely, Peter Feinstein, Danny Romine and Ken Bowman. All of these depositions were scheduled to take place over the three day period of May 17, 18 and 19, 2017.

3. On April 24, 2017, attorneys Martin I. Melendrez and Christopher A. Eccles, were substituted as new counsel for defendants. (ECF 43). Defendants' new counsel are not available to participate in the depositions currently scheduled for May 17, 18 and 19, 2017. New defense counsel also require additional time to prepare for the depositions.

4. Additionally, defendants desire to take the deposition of plaintiff's damages expert, Dr. Michael Einhorn. Defendants also desire to subpoena for deposition a non-party, namely, the landlord of plaintiff's New Orleans, Louisiana licensee.

5. In light of defense counsel's very recent appearance in this case, the parties seek a limited extension of the discovery deadline to allow the above-described depositions to occur on or before June 12, 2017. More specifically, the parties have agreed on the following schedule:

   a. Defendants will make the following witnesses available for deposition at plaintiff's counsel's office over the three day period of June 7, 8 and 9, 2017: Hilary Rush, Sara Bebee, Sarah Ruttenberg, Kelly Jones, Larry Wexler and Omar Aldabbagh.[1]

---

[1] Defendants specifically reserve the right to seek a protective order quashing or limiting the deposition of Omar Aldabbagh. Mr. Aldabbagh was previously produced for deposition as the corporate representative for Two M, Inc. Defendants question whether Mr. Aldabbagh is required to appear individually for deposition without plaintiff seeking leave of court. Nonetheless, absent an Order from the Court quashing or limiting Mr. Aldabbagh's deposition, defendants will produce him for deposition during June 7, 8 or 9, 2017.

b. Plaintiff will reschedule the depositions of Peter Feinstein, Danny Romine and Ken Bowman, during the three day period of June 7, 8 and 9, 2017. If any of these three witnesses are unavailable during that time period, the parties will work together in good faith to schedule the deposition on or before June 12, 2017.

c. Plaintiff will make Dr. Michael Einhorn available for deposition at defense counsel's office on June 12, 2017.

d. Defendant may issue a deposition subpoena to plaintiff's New Orleans, Louisiana licensee's landlord, scheduling the deposition on or before June 12, 2017.[2]

6. Extending the time allowed to complete the above-described depositions will not impact the trial schedule in this case. On the other hand, defendants would be greatly prejudiced if the currently scheduled depositions were to occur on dates when counsel is not available; defendants would also be prejudiced by the inability to depose plaintiff's damages expert.

7. On May 10, 2017, defendants filed an emergency motion seeking a 180-day extension of the deadlines for discovery, dispositive motions and filing of the joint pre-trial order. (ECF 45). Plaintiff opposes the extensions sought by defendants. This stipulation is not meant to moot or supersede the relief sought by defendants in their pending motion.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the discovery deadline ONLY as to allow for the above-described depositions to occur on the dates set forth above, all on or before June 12, 2017.

**IT IS SO ORDERED:**

Dated: __May 15__ , 2017

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Nothing herein is meant to preclude plaintiff or any third-party from seeking to quash or limit the deposition of the landlord of plaintiff's licensee.

Dated this 12th day of May, 2017.                    Dated this 12th day of May, 2017.


  /s/ Greg Latham                                     /s/ Martin I. Melendrez
GREGORY D. LATHAM, ESQ.                             MARTIN I. MELENDREZ, ESQ.
(*admitted pro hac vice*)                           Nevada Bar No. 7818
Louisiana Bar No. 25955                             CHRISTOPHER A. ECCLES, ESQ.
STEPHEN KEPPER, ESQ.                                Nevada Bar No. 9798
(*admitted pro hac vice*)                           HAWKINS MELENDREZ, P.C.
Louisiana Bar No. 34618                             9555 Hillwood Drive, Suite 150
INTELLECTUAL PROPERTY                               Las Vegas, Nevada 89134
CONSULTING, LLC                                     Tel: (702) 318-8800
334 Carondelet Street, Suite B                      Fax:(702)318-8801
New Orleans, LA 70130                               Email:  mmelendrez@hawkinsmelendrez .com
Telephone:     (504) 322-7166                                 ceccles@hawkinsmelendrez .com
Facsimile:     (504) 322-7184
Email: glatham@iplawconsulting.com                  *Attorneys for Two M., Inc. d/b/a Babe's*
         skepper@iplawconsulting.com                *Cabaret*

AND

JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.:  (702) 948-8771 / Fax: (702) 948-8773
Email: jwhitmire@santoronevada.com

*Attorneys for Plaintiff*