GREGORY D. LATHAM, ESQ.
(*admitted pro hac vice*)
Louisiana Bar No. 25955
STEPHEN KEPPER, ESQ.
(*admitted pro hac vice*)
Louisiana Bar No. 34618
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone:    (504) 322-7166
Facsimile:    (504) 322-7184
Email: glatham@iplawconsulting.com
           skepper@iplawconsulting.com

AND

JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jwhitmire@santoronevada.com

*Attorneys for Plaintiff*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BASKIM HOLDINGS, INC., a Louisiana corporation,<br><br>                                        Plaintiff<br>v.<br><br>TWO M, INC. d/b/a BABE'S CABARET<br><br>                                        Defendant | Case No.: 2:16-cv-01898-APG-GWF<br><br>**STIPULATION AND ORDER TO RESCHEDULE DEPOSITIONS** |

Defendants, Two M, Inc. and Omar Aldabbagh, and plaintiff, Baskim Holdings, Inc. (the "Parties"), respectfully request that the Court extend the time for the Parties to take depositions

previously ordered to be completed by June 12, 2017 (ECF 50). In support of this request, the Parties state:

1. The Parties previously stipulated to, and the Court ordered (ECF 50), the following depositions take place in the following manner:

   a. Defendants will make the following witnesses available for deposition at plaintiff's counsel's office over a three-day period of June 7, 8, and 9, 2017: Hilary Rush, Sara Bebee, Sarah Ruttenberg, Kelly Jones, Larry Wexler and Omar Aldabbagh.

   b. Plaintiff will reschedule the depositions of Peter Feinstein, Danny Romine and Ken Bowman, during the three-day period of June 7, 8, and 9, 2017.

   c. Plaintiff will make Dr. Michael Einhorn available for deposition at defense counsel's office on June 12, 2017.

   d. Defendant may issue a deposition subpoena to plaintiff's New Orleans, Louisiana licensee's landlord, scheduling the deposition on or before June 12, 2017. (the "Prior Depositions").

2. On May 18, 2017, the Court held a hearing on Defendants' Emergency Motion to Extend Time and Alter Discovery Deadlines (ECF 45); the Court ordered a forty-five (45) day extension of the following pre-trial deadlines: (1) discovery deadline extended until July 27, 2017; (2) the dispositive motion deadline extended to August 28, 2017; and (3) the joint pre-trial deadline extended until September 28, 2017 (ECF 53).

3. In light of the depositions necessary to complete discovery prior to trial, and given the additional time allowed to finish discovery, the Parties believe it is in their best interest to attempt to resolve this matter prior to incurring the expenses associated with taking the previously scheduled Prior Depositions. Indeed, the parties have agreed to participate in a joint settlement conference with the magistrate judge in the coming months.

4. Accordingly, the Parties request that the Court order the remaining Prior Depositions below be reset and taken based on the following agreed-upon schedule:

a. Defendants will make the following witnesses available for deposition at plaintiff's counsel's office:

| Hilary Rush | July 12, 2017 at 9:00 a.m. (PST) |
|---|---|
| Sarah Ruttenberg | July 12, 2017 at 1:00 p.m. (PST) |
| Sara Bebee | July 12, 2017 at 3:00 p.m. (PST) |
| Kelly Jones | July 13, 2017 at 3:00 p.m. (PST) |
| Larry Wexler | July 14, 2017 at 1:00 p.m. (PST) |
| Omar Aldabbagh[1] | July 14, 2017 at 9:00 a.m. (PST) |

b. Plaintiff will make the following witnesses available for deposition at defense counsel's office in Florham Park, New Jersey:

| Dr. Michael Einhorn | July 21, 2017 at 9:00 a.m. (EST) |
|---|---|

c. Plaintiff will reschedule the depositions of Danny Romine and Richard Gradillas[2], during the three-day period of July 12, 13, and 14, 2017. If either of these witnesses are unavailable during that time period, the parties will work together in good faith to schedule the deposition on or before July 14, 2017.

WHEREFORE, in an effort to allow the Parties to conduct meaningful settlement negotiations without incurring the additional costs of taking several depositions, the Parties respectfully request that the Court enter an Order to allow for the above-described depositions to occur on the dates set forth above.

---

[1] Defendants specifically reserve the right to seek a protective order quashing or limiting the deposition of Omar Aldabbagh. Mr. Aldabbagh was previously produced for deposition as the corporate representative for Two M, Inc. Defendants question whether Mr. Aldabbagh is required to appear individually for deposition without plaintiff seeking leave of court. Nonetheless, absent an Order from the Court quashing or limiting Mr. Aldabbagh's deposition, defendants will produce him for deposition on July 14, 2017.

[2] Richard Gradillas was not identified in the Court's prior order because he was not yet identified as a witness. Mr. Gradillas was only recently named as a witness for the defense in their fifth supplement to initial disclosures dated May 22, 2017.

**IT IS SO ORDERED:**

Dated: __June 6, 2017__ , 2017

_____/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of June, 2017.    Dated this 5th day of June, 2017.

__/s/ Greg Latham_____    __/s/ Martin I. Melendrez_____
GREGORY D. LATHAM, ESQ.    MARTIN I. MELENDREZ, ESQ.
(*admitted pro hac vice*)    Nevada Bar No. 7818
Louisiana Bar No. 25955    CHRISTOPHER A. ECCLES, ESQ.
STEPHEN KEPPER, ESQ.    Nevada Bar No. 9798
(*admitted pro hac vice*)    HAWKINS MELENDREZ, P.C.
Louisiana Bar No. 34618    9555 Hillwood Drive, Suite 150
INTELLECTUAL PROPERTY    Las Vegas, Nevada 89134
CONSULTING, LLC    Tel: (702) 318-8800
334 Carondelet Street, Suite B    Fax:(702)318-8801
New Orleans, LA 70130    Email: mmelendrez@hawkinsmelendrez.com
Telephone: (504) 322-7166    ceccles@hawkinsmelendrez.com
Facsimile: (504) 322-7184
Email: glatham@iplawconsulting.com    *Attorneys for Two M., Inc. d/b/a Babe's*
skepper@iplawconsulting.com    *Cabaret*

AND

JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jwhitmire@santoronevada.com

*Attorneys for Plaintiff*