# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BASKIM HOLDINGS, INC.,

    Plaintiff,

vs.

TWO M, INC.,

    Defendant.

Case No. 2:16-cv-01898-APG-GWF

**ORDER**

This matter is before the Court on Defendants' Motion for Leave to File Under Seal (ECF No. 72), filed on August 17, 2017. Also before the Court is Defendants' Motion for Leave to File Under Seal (ECF No. 74), filed on August 17, 2017.

Defendants request leave to file exhibits attached to their Reply to their Motion to Extend Time and Alter Discovery Deadlines and their Reply to Defendants' Motion for Order Compelling Production/Supplemental Responses to Written Discovery under seal. Defendants represent that the documents contained in the exhibits are a licensing agreement, a nunc pro tunc agreement, and a lease that have been produced to Plaintiff pursuant to the parties' stipulated protective order. Upon review, the Court finds good cause to allow the exhibits containing Babe's Cabaret License Agreement, Nunc Pro Tunc Agreement of Marc, and the lease to be filed under seal. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File Under Seal (ECF No. 72) is **granted**.

**IT IS FURTHER ORDERED** Defendants' Motion for Leave to File Under Seal (ECF No. 74) is **granted**.

DATED this 22nd day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge