# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BASKIM HOLDINGS, INC.,

    Plaintiff,

vs.

TWO M, INC.,

    Defendant.

Case No. 2:16-cv-01898-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File Under Seal (ECF No. 94), filed on September 22, 2017.

Plaintiff requests leave to file unredacted exhibits attached to Defendants' third motion for summary judgment under seal and for Defendants to file a redacted version of the exhibits in the public record. Plaintiff represents that the exhibits are a licensing agreement and a nunc pro tunc agreement that contain proprietary trade secret information such as pricing terms, royalty rates, and guaranteed minimum payment terms. To justify sealing documents attached to dispositive motions, a party is required to present articulable facts identifying the interests favoring continuing secrecy *and* show that these specific interests overcome the presumption of public access by outweighing the public's interests in understanding the judicial process. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1181 (9th Cir. 2006). The Court finds that Plaintiff has met its burden here and grants leave to file the unredacted exhibits under seal. Defendants shall filed a redacted version on the public record. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Leave to File Under Seal (ECF No. 94) is **granted**.

DATED this 26th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge