GREGORY D. LATHAM, ESQ.
(*admitted pro hac vice*)
Louisiana Bar No. 25955
STEPHEN KEPPER, ESQ.
(*admitted pro hac vice*)
Louisiana Bar No. 34618
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone: (504) 322-7166
Facsimile: (504) 322-7184
Email: glatham@iplawconsulting.com
skepper@iplawconsulting.com

AND

JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jwhitmire@santoronevada.com

*Attorneys for Plaintiff*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BASKIM HOLDINGS, INC., a Louisiana corporation,<br><br>     Plaintiff<br>v.<br><br>TWO M, INC. d/b/a BABE'S CABARET<br><br>     Defendant | Case No.: 2:16-cv-01898-APG-GWF<br><br>**STIPULATION AND ORDER TO RESCHEDULE DEPOSITIONS** |

    Defendants, Two M, Inc. and Omar Aldabbagh, and plaintiff, Baskim Holdings, Inc. (the "Parties"), respectfully request that the Court extend the time for the Parties to take certain

depositions previously ordered to be completed by October 27, 2017 deadline to complete discovery (ECF No. 84). In support of this request, the Parties state:

1. On May 24, 2017, the Court granted Defendants' second request to extend the remaining pre-trial deadlines an additional forty-five days; the discovery deadline was extended to July 27, 2017; the dispositive motion deadline was extended to August 28, 2017; and the joint pre-trial order deadline was extended to September 28, 2017, unless dispositive motions were pending.[1] (ECF No. 53).

2. After discovery was completed, Defendants filed their motion seeking a third extension (ECF No. 62) on the basis that additional discovery was needed relating to Baskim's licensing agreements and a Nunc Pro Tunc Agreement; the licensing agreements were delivered to Defendants by electronic mail on July 19, 2017; the Nunc Pro Tunc Assignment was mailed to Defendants on July 27, 2017.

3. Following a hearing, the Court granted Defendants' motion and allowed Defendants sixty (60) days to conduct limited discovery relating to Baskim's licensing agreements and the Nunc Pro Tunc Agreement. (ECF No. 84).

4. On September 27, 2017, Defendants issued their fourth set of written discovery requests directed towards issues related to the licensing agreements and the Nunc Pro Tunc Agreement; responses to these requests are due on October 27, 2017.

5. Defendants also wish to take the following depositions: (i) Baskim's continued Rule 30(b)(6) deposition; (ii) Rule 30(b)(6) deposition of RMDR Investments, Inc. ("RMDR"), and Jordan Bass. Baskim and RMDR's corporate representatives, as well as Jordan Bass, all reside in New Jersey.

6. Given the outstanding discovery, and in an effort to save the Parties' time and expense, the Parties have agreed to reschedule Baskim's Rule 30(b)(6) deposition for a mutually

---

[1] On August 28, 2017, Defendants filed their second and third motions for summary judgment. (ECF Nos. 80 and 81). These motions are still pending.

convenient date in January, 2018, when Baskim's representative will be in Las Vegas, Nevada. The Parties further agree that, if necessary, Baskim will make available RMDR and Jordan Bass for deposition in New Jersey within forty-five (45) days of Baskim's deposition (collectively, the "Depositions"). All of these Depositions are to be limited in scope to the topics discussed in Magistrate Foley's Order (ECF No. 84).

7. Accordingly, the Parties request that the Court order the continued Rule 30(b)(6) deposition of Baskim to take place in Las Vegas at a mutually convenient date in January, 2018. Furthermore, if necessary, Defendants may take the Rule 30(b)(6) deposition of RMDR and Jordan Bass in New Jersey within forty-five (45) days after Baskim's deposition.

8. Should either Party learn new information during the Depositions relating to the limited discovery topics identified in Magistrate Foley's Order (ECF No. 84), and that new information requires additional discovery, the Party seeking discovery shall be required to seek leave of court and obtain an order before pursuing any additional discovery.

9. Nothing in this stipulation is intended to extend any pre-trial deadlines already set by the Court, with the exception of allowing the Depositions described herein to take place.

WHEREFORE, the Parties requests that the Depositions be rescheduled pursuant to the terms set forth above.

**IT IS SO ORDERED:**

Dated: __October 23__, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of Octover, 2017.　　　　　Dated this 13th day of October, 2017.

_/s/ Greg Latham_　　　　　　　　　　　　　　_/s/ Martin I. Melendrez_
GREGORY D. LATHAM, ESQ.　　　　　　MARTIN I. MELENDREZ, ESQ.
(*admitted pro hac vice*)　　　　　　　　　　Nevada Bar No. 7818
Louisiana Bar No. 25955　　　　　　　　　CHRISTOPHER A. ECCLES, ESQ.

STEPHEN KEPPER, ESQ.
(*admitted pro hac vice*)
Louisiana Bar No. 34618
INTELLECTUAL PROPERTY
CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone: (504) 322-7166
Facsimile: (504) 322-7184
Email: glatham@iplawconsulting.com
skepper@iplawconsulting.com

AND

JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jwhitmire@santoronevada.com

*Attorneys for Plaintiff*

Nevada Bar No. 9798
HAWKINS MELENDREZ, P.C.
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 318-8800
Fax:(702)318-8801
Email: mmelendrez@hawkinsmelendrez.com
ceccles@hawkinsmelendrez.com

*Attorneys for Two M., Inc. d/b/a Babe's Cabaret*