# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BASKIM HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWO M, INC. and OMAR ALDABBAGH, <br><br> Defendants. | Case No. 2:16-cv-01898-APG-GWF <br><br> **ORDER DENYING MOTIONS IN LIMINE WITHOUT PREJUDICE** <br><br> (ECF Nos. 113, 114, 121) |

Plaintiff Baskim Holdings, Inc. filed two motions in limine and a motion for leave to file a reply in support of one of those motions. ECF Nos. 113, 114, 121. Local Rule 16-3(a) states: "Motions in limine will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action." The motions in limine contain no such certification. Therefore, they will be denied. The plaintiff may file new motions in limine if they are necessary after conferring with defendants' counsel.

IT IS THEREFORE ORDERED that the plaintiff's motions in limine **(ECF Nos. 113, 114) are denied without prejudice** and its motion for leave to file a reply **(ECF No. 121) is denied as moot.**

DATED this 20th day of March, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE