1  GREGORY D. LATHAM, ESQ.
   (*admitted pro hac vice*)
2  Louisiana Bar No. 25955
   STEPHEN KEPPER, ESQ.
3  (*admitted pro hac vice*)
   Louisiana Bar No. 34618
4  INTELLECTUAL PROPERTY CONSULTING, LLC
   334 Carondelet Street, Suite B
5  New Orleans, LA 70130
   Telephone:    (504) 322-7166
6  Facsimile:    (504) 322-7184
   Email: glatham@iplawconsulting.com
7           skepper@iplawconsulting.com

8  AND

9  JAMES E. WHITMIRE, ESQ.
   Nevada Bar No. 6533
10 SANTORO WHITMIRE
   10100 W. Charleston Blvd., Suite 250
11 Las Vegas, Nevada 89135
   Tel.: (702) 948-8771 / Fax: (702) 948-8773
12 Email: jwhitmire@santoronevada.com

13 *Attorneys for Plaintiff*

14                    **UNITED STATED DISTRICT COURT**

15                          **DISTRICT OF NEVADA**

| | |
|---|---|
| 16  BASKIM HOLDINGS, INC., a Louisiana corporation, | Case No.: 2:16-cv-01898-APG-GWF |
| 17                    Plaintiff | |
| 18  v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| 19  TWO M, INC. d/b/a BABE'S CABARET | |
| 20                    Defendant | |

Defendants, Two M, Inc. and Omar Aldabbagh, and plaintiff, Baskim Holdings, Inc. (the "Parties"), respectfully request that the Court grant the Parties a brief three (3) day extension to file their Joint Pretrial Order. In support of this request, the Parties state:

1. According to the original Scheduling Order (ECF No. 16), the Pretrial Order in this matter is due within thirty (30) days from the decision on the pending dispositive motions. On March 16, 2018, the Court denied the remaining summary judgment motions filed by Defendants (ECF Nos. 124 and 125). Pursuant to the Scheduling Order, the pretrial order is to be filed on or before April 16, 2018.

2. Over the past couple weeks, the Parties have been working diligently to finalize a Joint Pretrial Order; Baskim submitted a draft with its inserts to Defendants on April 9, 2018; Defendants responded with their inserts on April 13, 2018. During this time, the Parties conferred in good faith about the issues raised in the Pretrial Order.

3. As of the filing of this Stipulation, the Parties have been able to resolve the majority of the issues raised in the Pretrial Order; the requested additional time is needed to further confer about objections and stipulations relating to certain exhibits. The Parties anticipate that an additional three (3) days will be sufficient to finalize these issues.

4. At this time, there are no pending pre-trial deadlines in the captioned matter; no trial date has been set. Accordingly, the Parties submit that this very brief extension will not impact the Court's docket.

WHEREFORE, the Parties respectfully request that the Court enter an Order to allow the Parties a brief three (3) day extension, until April 19, 2018, to file their Joint Pretrial Order.

**IT IS SO ORDERED:**

Dated: April 16, 2018.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of April, 2018.

*/s/ Greg Latham*
GREGORY D. LATHAM, ESQ.
(*admitted pro hac vice*)
Louisiana Bar No. 25955
STEPHEN KEPPER, ESQ.
(*admitted pro hac vice*)
Louisiana Bar No. 34618
INTELLECTUAL PROPERTY
CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone:   (504) 322-7166
Facsimile:   (504) 322-7184
Email: glatham@iplawconsulting.com
           skepper@iplawconsulting.com

AND

JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.:  (702) 948-8771 / Fax: (702) 948-8773
Email: jwhitmire@santoronevada.com

*Attorneys for Plaintiff*

Dated this 16th day of April, 2018.

 */s/ Martin I. Melendrez*
MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
CHRISTOPHER A. ECCLES, ESQ.
Nevada Bar No. 9798
HAWKINS MELENDREZ, P.C.
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 318-8800
Fax:(702)318-8801
Email: mmelendrez@hawkinsmelendrez.com
          ceccles@hawkinsmelendrez.com

*Attorneys for Two M., Inc. d/b/a Babe's Cabaret*