# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BASKIM HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWO M, INC. and OMAR ALDABBAGH, <br><br> Defendants. | Case No. 2:16-cv-01898-APG-GWF <br><br> **ORDER GRANTING MOTION TO SEAL** <br><br> (ECF No. 157) |

The defendants' Motion for Leave to File Under Seal **(ECF No. 157) is GRANTED**. The defendants' previously filed opposition to the motion in limine **(ECF No. 158) shall remain under seal**.

DATED this 24th day of May, 2018.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE