# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BASKIM HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWO M, INC. and OMAR ALDABBAGH, <br><br> Defendants. | Case No. 2:16-cv-01898-APG-GWF <br><br> **ORDER GRANTING MOTION TO SEAL** <br><br> (ECF No. 164) |

The plaintiff's Motion for Leave to File Under Seal **(ECF No. 164) is GRANTED**. The defendants' previously filed opposition to the motion in limine **(ECF No. 163) shall remain under seal**. The plaintiff shall file a publicly available, redacted version of that opposition by June 14, 2018.

DATED this 7th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE