# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BASKIM HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWO M, INC. and OMAR ALDABBAGH, <br><br> Defendants. | Case No. 2:16-cv-01898-APG-GWF <br><br> **ORDER DENYING MOTION IN LIMINE REGARDING PLAINTIFF'S EXPERT EINHORN** <br><br> (ECF Nos. 156, 158) |

I deny the defendants' motion in limine to exclude the testimony of the plaintiff's expert Michael Einhorn, Ph.D. ECF Nos. 156, 158. Contrary to the defendants' contention, Dr. Einhorn's anticipated testimony presents more than simple addition. He determined the methodology to calculate the plaintiff's damages, he selected the data to include in the analysis, and he performed the calculations. ECF No. 158 at 7:23-24. Those are tasks beyond the normal ken of a layperson and his testimony will help the jury understand and determine facts in issue. Fed. R. Evid. 702(a). Moreover, his testimony is not excludable because the plaintiff's counsel assisted him in gathering the data. As the defendants point out in their motion, Dr. Einhorn "said what components should be in" the spreadsheet of data; he "gave the directive." ECF No. 158 at 7:23-24. The plaintiff's counsel then gathered that data from the information that had been produced, and provided them to Dr. Einhorn. That assistance from counsel does not disqualify Dr. Einhorn from testifying.

IT IS THEREFORE ORDERED that the defendants' motion in limine **(ECF Nos. 156, 158) is denied.**

DATED this 8th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE