# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BASKIM HOLDINGS, INC., | Case No.: 2:16-CV-01898-APG-GWF |
| Plaintiff | **Order Setting Status Conference** |
| v. | |
| TWO M., INC., | |
| Defendant | |

In light of the parties' Joint Status Report (ECF No. 178),

IT IS ORDERED that the parties shall appear for a status conference in Las Vegas Courtroom 6C on **Wednesday, August 22, 2018 at 1:30 p.m.** to explain why the settlement in this case has not yet been completed. If the parties complete the tasks necessary for settlement, they may avoid this hearing by filing an appropriate stipulation.

DATED this 6th day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE